IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Washington, Cedric

Printed: 02/17/09

Case Number:  07 B 19007
Judge:  Squires, John H
Filed:  10/15/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: January 7, 2009
Confirmed: January 30, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 9,430.00 |  |
| Secured: |  | 7,355.80 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,500.00 |
| Trustee Fee: |  | 574.20 |
| Other Funds: |  | 0.00 |
| Totals: | 9,430.00 | 9,430.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 1,500.00 | 1,500.00 |
| 2. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | American Home Mortgage Servicing | Secured | 0.00 | 0.00 |
| 4. | Americredit Financial Ser Inc | Secured | 11,892.50 | 2,970.84 |
| 5. | Washington Mutual | Secured | 4,500.00 | 227.06 |
| 6. | Chase Manhattan Mortgage Corp | Secured | 12,093.58 | 2,417.05 |
| 7. | American Home Mortgage Servicing | Secured | 8,710.34 | 1,740.85 |
| 8. | Illinois Dept of Revenue | Priority | 4,691.58 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 276.67 | 0.00 |
| 10. | Americredit Financial Ser Inc | Unsecured | 374.34 | 0.00 |
| 11. | Nuvell Credit Company LLC | Unsecured | 1,077.66 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 909.30 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 226.69 | 0.00 |
| 14. | Premier Bankcard | Unsecured | 77.74 | 0.00 |
| 15. | City Of Chicago Dept Of Revenue | Unsecured | 909.30 | 0.00 |
| 16. | Illinois Dept of Revenue | Unsecured | 152.74 | 0.00 |
| 17. | Verizon Wireless Midwest | Unsecured | 315.26 | 0.00 |
| 18. | Capital One | Unsecured | 136.36 | 0.00 |
| 19. | Credit Management Co. | Unsecured |  | No Claim Filed |
| 20. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 21. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 22. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
|  |  |  | $ 47,844.06 | $ 8,855.80 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Washington, Cedric | Case Number: 07 B 19007 |
| | Judge: Squires, John H |
| Printed: 02/17/09 | Filed: 10/15/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 190.07 |
| 6.5% | 384.13 |
| | $ 574.20 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*